UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>Plaintiff<br><br>v.<br><br>GUMERSINDO CRUZ ROSADO<br><br>Defendant | CIVIL NO. 05-1763(JAF)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER REQUESTING CONFIRMATION OF SALE

The sale of the property subject of this action on March 2, 2006 and awarded to BL Investment Inc., is hereby confirmed.

In San Juan, Puerto Rico, this 3rd day of May, 2006.

José Antonio Fusté
United States District Judge