UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>Plaintiff<br><br>v.<br><br>GUMERSINDO CRUZ ROSADO<br><br>Defendant | CIVIL NO. 05-1763(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER FOR DISBURSEMENT OF FUNDS**

WHEREAS the amount owed to plaintiff related to the sale of the real property at Urb. Las Mercedes, No. 97, Barrio Pueblo, Salinas, Puerto Rico, is the principal sum of $30,283.31 plus interest accrued as to March 2, 2006, in the amount of $15,598.29, plus subsidy recapture in the sum of $15,949.00, plus Fees in the amount of $277.63, plus legal fees in the amount of $782.44, for a total of $62,890.67.

WHEREAS the auctioned property was sold for $56,435.00, and deducting the United States Marshal Service fees was the amount of $1,109.61 the remaining balance of $55,325.39 shall be disbursed to the United States Department of Justice.

U.S. v. Gumersindo Cruz Rosado
Civil No. 05-1763(JAF)
page 2

THEREFORE, the Clerk of the U.S. District Court shall issue a check for $55,325.39 to the order of the U.S. Department of Justice.

In San Juan, Puerto Rico, this 25th day of October, 2006.

S/JOSE ANTONIO FUSTE

UNITED STATES DISTRICT JUDGE